1
2
3
4
5
6

**JS-6**

7          **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA**

9

10   EMMANUEL VELEZ,                     )     Case No. SACV 12-1028-JST(RNBx)
                                         )
11              Plaintiff/s,             )
                                         )     **ORDER STAYING ACTION**
12        v.                             )     **PENDING FINAL SETTLEMENT,**
                                         )     **REMOVING CASE FROM ACTIVE**
13   CONSUMER PORTFOLIO                  )     **CASELOAD, AND FILING OF**
     SERVICES, INC.,                     )     **DISMISSAL**
14                                       )
                Defendant/s.             )
15   _____    )

16

17

18        On August 7, 2012, the parties filed a Notice of Settlement indicating that the

19   parties have reached a settlement in principle and anticipating the filing of a request for

20   dismissal in approximately sixty days.  Based thereon, the Court hereby orders all

21   proceedings in the case stayed pending final settlement.

22        It is further ordered that this action is removed from the Court's active caseload,

23   subject to the right upon good cause shown within sixty (60) days, to reopen the action

24   if settlement is not consummated.

25        The parties shall file a notice of dismissal no later than sixty (60) days from the

26   date of this order.  If no dismissal is filed, the Court deems the matter dismissed at that

27   time.

28

1    The Court retains full jurisdiction over this action and this order shall not

2    prejudice any party in the action.

3

4    IT IS SO ORDERED.

5

6    DATED:  August 9, 2012

7                                                    **JOSEPHINE STATON TUCKER**
                                                     JOSEPHINE STATON TUCKER
8                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2